IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER ELAINE LANIER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOUGLAS R. BESS, M.D., )<br>GEORGIA DEPARTMENT OF )<br>CORRECTIONS, METRO STATE )<br>PRISON, MHM CORRECTIONAL )<br>SERVICES, INC. and GEORGIA )<br>CORRECTIONAL HEALTHCARE, )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.<br><br>1:06-CV-0522-GET |

### DEFENDANTS MHM AND BESS' MOTION TO STRIKE THE TESTIMONY OF PLAINTIFF'S EXPERT MATTHEW W. NORMAN, M.D.

COME NOW MHM CORRECTIONAL SERVICES, INC. and DOUGLAS R. BESS, M.D., named defendants in the above-captioned case, and pursuant to Fed.R.Evid. 702 and 402, hereby file their motion to strike the testimony of plaintiff's expert Matthew W. Norman, M.D. In support of this motion, defendants rely on the following:

(1) Defendants' Brief in Support of their Motion to Strike;

(2) Deposition transcript and exhibits of Matthew W. Norman, M.D. from the instant case;

{K:\113\024\00129702.DOC}

-2-

(3) Deposition transcript of Dr. Norman from a prior case;

(4) Deposition transcript of Dr. Douglas Bess; and

(5) All of the pleadings and evidence filed in this case.

This 3rd day of August, 2006.

                               Respectfully submitted,

                               **CRUSER & MITCHELL, LLP**

                               s/Dean Simon-Johnson
                               Deana Simon-Johnson
                               Georgia Bar No. 646925
                               Counsel for defendants MHM and Bess

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, GA 30092
(404) 881-2622 (Telephone)
(404) 881-2530 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the **DEFENDANTS MHM AND BESS' MOTION TO STRIKE THE TESTIMONY OF PLAINTIFF'S EXPERT MATTHEW W. NOMRAN, M.D.** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Adrienne P. Hobbs | Dave Stubins |
| Scott Halperin | Department of Law |
| Hobbs & Halperin | 40 Capitol Square |
| 235 Peachtree Street | Atlanta, GA 30334 |
| #400 | |
| Atlanta, GA 30303 | |

This 3rd day of August, 2006.

        **CRUSER & MITCHELL, LLP**

        s/Dean Simon-Johnson___
        Deana Simon-Johnson