FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 04 2006

JAMES N. HATTEN, CLERK
By: Deputy Clerk

COPY

IN THE SUPERIOR COURT FOR THE COUNTY OF FULTON
STATE OF GEORGIA

BERNICE JOHNSON, Individually )
and as Administratrix of the )
Estate of FRANKIE NATHANIAL )
JOHNSON, Deceased, )
                              )
     Plaintiff,        )
                              )
vs.                  )   CIVIL ACTION
                              )   FILE NO. 2003-CV-72649
MHM CORRECTIONAL SERVICES, )
INC., PAUL M. BEECHAM, M.D., )   1 04 CV 522-GET
and JACK E. MATTESON, M.D., )
                              )
     Defendants.     )

- - -

Deposition of MATTHEW W. NORMAN, M.D., taken on behalf of the Defendants, pursuant to the stipulations contained herein, before Heidi L. Kosarick, CCR No. B-1139, taken at Suite 2000 The Peachtree, 1355 Peachtree Street, Atlanta, Georgia, on Friday, the 2nd day of April 2004, commencing at the hour of 1:00 p.m.

---

HEIDI L. KOSARICK

Certified Court Reporter

3409 Chatsworth Way

Powder Springs, Georgia 30127

(770) 426-5645